HOPKINTON.

The validity of an election may be inquired into on motion.

Upon a motion made and seconded, for an inquiry into the qualifications of the member from Hopkinton, a question was put, whether the house would enter into the consideration of the right to a seat of any member or members, in consequence of a motion made for that purpose, upon the member [making it] declaring that he stands ready to prove the disqualifications, and [it was] determined in the affirmative. The motion then subsided.[2]